**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 1:25-CV-02311-RMR-SBP

CAROLYN BALDWIN,

      Plaintiff,

v.

JFRCO I, LLC,

      Defendant.

---

**ORDER FOR DISMISSAL**

---

THIS MATTER having come before the Court on the parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: February 9, 2026.

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge